UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOYCE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-cv-01117 |
| | ) | |
| v. | ) | |
| | ) | JUDGE SHARP |
| LIFE INSURANCE COMPANY OF | ) | MAGISTRATE JUDGE KNOWLES |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Joyce Anderson's Motion for Judgment on the Administrative Record (Docket Entry No. 16) is DENIED. Life Insurance Company of North America's Motion for Judgment on the Administrative Record (Docket Entry No. 14) is GRANTED. This case is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE